# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

No. 23-10726

_____

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

versus

STANFORD INTERNATIONAL BANK, LIMITED, *et al.*,

*Defendants,*

HUGH DICKSON; MARK MCDONALD, *in their capacities as the Foreign Representatives and Joint Liquidators of the bankruptcy estate of* STANFORD INTERNATIONAL BANK, LIMITED,

*Appellants,*

versus

RALPH S. JANVEY, *in his capacity as the Court-appointed Receiver for* THE STANFORD RECEIVERSHIP ESTATE; OFFICIAL STANFORD INVESTORS COMMITTEE; SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A.,

*Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CV-298

_____

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges*.

# J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the waiver trap in the district court's scheduling order is VACATED, the SGPB bar order is likewise VACATED insofar as it purports to apply to the Joint Liquidators, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.